UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                       CASE NO: 6:97-cr-21-Orl-22DCI

JEROME WILKERSON

---

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 6.01(c)(16), on February 25, 2020, I conducted the Final Supervised Release Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed November 8, 2019 by Probation Officer Armando Rivera

In the Petition, Probation Officer Armando Rivera alleges the Defendant was in violation of:

1. **Positive urinalysis for cocaine on October 30, 2019, in violation of Condition Seven of the Standard Conditions of Supervision:** On October 30, 2019, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine.

2. **Positive urinalysis for cocaine on November 7, 2019, in violation of Condition Seven of the Standard Conditions of Supervision:** On November 7, 2019, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of cocaine.

The Defendant admitted violating the Conditions as set forth in paragraph 1 of the Petition for Warrant or Summons for Offender Under Supervision.

The Government will move to dismiss the violation in paragraph 2 at sentencing.

Accordingly, the undersigned finds that the Defendant has violated the terms of his Supervised Release and respectfully recommends that the Court dismiss the violation in paragraph 2 of the Petition and enter an Order to Show Cause why his Supervised Release should not be

revoked for the violation in paragraph 1 of the Petition.

The Defendant is in custody of the U.S. Marshal pending sentencing.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 25th day of February, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Federal Public Defender
District Judge